

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2018

No. 04-18-00590-CV

John R. **HALL**, D.O. and South Texas Spinal Clinic, PA,
Appellants

v.

Julian **VASQUEZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22025
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellants' brief is due October 3, 2018. On September 25, 2018, appellants filed a request for a thirty (30) day extension of time to file their brief. In their motion, appellants contend "[t]his extension of time is necessary because of the heavy workload of Appellants' attorney of record." In response, appellee filed a response, opposing appellants' request for an extension. In his response, appellee argues appellants are seeking an unnecessary delay of their briefing deadline and points out "[b]eing too busy to meet deadlines is not a recognized ground for an extension of time." On September 28, 2018, appellants filed a reply to appellee's response, pointing out the attorney responsible for researching and writing the brief does not have anyone to assist him at the current time because the other appellate attorneys assisting him have personal matters that have arisen.

After consideration, we **GRANT IN PART AND DENY IN PART** appellants' request for additional time to file their brief, and **ORDER** appellants to file their brief in this court **on or before October 22, 2018. Appellants are advised that no further extensions of time to file their brief will be granted absent written proof of extraordinary circumstances. Appellants are further advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance.**

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court